# U.S. District Court
## Northern District of New York – Main Office (Syracuse) [LIVE – Version 6.1] (Albany)
### CIVIL DOCKET FOR CASE #: 1:14−cv−00353−TJM−CFH
*Internal Use Only*

Lawsky v. Frontier Insurance Group, LLC et al  
Assigned to: Senior Judge Thomas J. McAvoy  
Referred to: Magistrate Judge Christian F. Hummel  
Case in other court: Albany County Supreme Court, 97−02006  
Cause: 28:1334 Bankruptcy Appeal

Date Filed: 03/28/2014  
Jury Demand: None  
Nature of Suit: 290 Real Property: Other  
Jurisdiction: Federal Question

**Plaintiff**

**Benjamin Lawsky**  
*Superintendent of Financial Services of the State of New York, as Liquidator of Frontier Insurance Company*

represented by **William F. Costigan**  
Dornbush, Schaeffer Law Firm  
747 Third Avenue  
New York, NY 10017  
212−759−3300  
Fax: 212−753−7673  
Email: costigan@dssvlaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Bar Status: Active*  
*Fee Status: paid_2013*

V.

**Defendant**

**Frontier Insurance Group, LLC**

represented by **Richard L. Crisona**  
Allegaert, Berger Law Firm  
111 Broadway  
20th Floor  
New York, NY 10006  
212−571−0550  
Fax: 212−571−0555  
Email: rcrisona@abv.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Bar Status: Active*  
*Fee Status: paid_2013*

**Robert E. Malchman**  
Allegaert, Berger Law Firm  
111 Broadway  
20th Floor  
New York, NY 10006  
212−571−0550  
Fax: 212−571−0555  
Email: rmalchman@abv.com  
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

**Defendant**

**County of Sullivan Industrial Development Authority**

**Cross Claimant**

**Frontier Insurance Group, LLC**     represented by    **Richard L. Crisona**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2013*

**Robert E. Malchman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

V.

**Cross Defendant**

**County of Sullivan Industrial Development Authority**

**Counter Claimant**

**Frontier Insurance Group, LLC**     represented by    **Richard L. Crisona**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2013*

**Robert E. Malchman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

V.

**Counter Defendant**

**Benjamin Lawsky**  
*Superintendent of Financial Services of the*  
*State of New York, as Liquidator of Frontier*  
*Insurance Company*

represented by **William F. Costigan**  
(See above for address)  
LEAD ATTORNEY  
ATTORNEY TO BE NOTICED  
*Bar Status: Active*  
*Fee Status: paid_2013*

Email All Attorneys  
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 03/28/2014 | Ï 1 | NOTICE OF REMOVAL from Albany County Supreme Court, case number 97−2006 (Filing fee $400 receipt number 2889755) filed by Frontier Insurance Group, LLC. (Attachments: # 1 Copy of State Court Complaint, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L, # 14 Exhibit M, # 15 Exhibit N, # 16 Exhibit O, # 17 Exhibit P, # 18 Exhibit Q, # 19 Exhibit R, # 20 Exhibit S, # 21 Copy of State Court Order to Show Cause, # 22 Copy of State Court Stipulation and Order 3/11/14, # 23 Civil Cover Sheet)(sfp, ) (Entered: 03/31/2014) |
| 03/31/2014 | Ï 2 | NOTICE of Admission Requirement as to Party Benjamin Lawsky; Attorney William Costigan, Email address is ebbs@dssvlaw.com. Phone number is 212−759−3300. Admissions due by 4/30/2014. Atty Costigan was removed from the NDNY atty database for non payment of 2007 Biennial fee. [Served by mail and also emailed Atty with instructions on reinstatement.](sfp, ) (Entered: 03/31/2014) |
| 03/31/2014 | Ï 3 | NOTICE of Admission Requirement as to Party County of Sullivan Industrial Development Authority; Attorney Walter Garigliano, Email address is gariglianow@tomra.com. Phone number is 845−796−1010. Admissions due by 4/30/2014. [Served by mail.](sfp, ) (Entered: 03/31/2014) |
| 03/31/2014 | Ï 4 | G.O. 25 FILING ORDER ISSUED: Rule 16 Initial Conference set for 5/5/2014 at 09:30 AM in Albany before Magistrate Judge Christian F. Hummel. Civil Case Management Plan must be filed and Mandatory Disclosures are to be exchanged by the parties on or before 4/28/2014. (Pursuant to Local Rule 26.2, mandatory disclosures are to be exchanged among the parties but are NOT to be filed with the Court.) [Served by mail on non admitted atty's.] (sfp, (Entered: 03/31/2014) |
| 03/31/2014 | Ï | ***Answer due date updated for Frontier Insurance Group, LLC answer due 4/4/2014. (sfp, ) (Entered: 03/31/2014) |
| 03/31/2014 | Ï | (Court only) ***Staff notes:** Clerk emailed Atty Crisona re: updating his law firm and address, etc. and for a better copy of exhibit J to document 1 . (sfp, ) (Entered: 03/31/2014) |
| 03/31/2014 | Ï | (Court only) *** Chambers notes: on 3/31/13, CRD Ligas checked w/ TJM Albany chambers re: whether the district court needs to take any action on OSC contained w/in 1 notice / removal −− per chambers, counsel will need to re−file such motion w/ the district court (cml) (Entered: 03/31/2014) |
| 04/02/2014 | Ï 5 | Letter Request Motion for Extension of Time to File Answer re 1 Notice of Removal,, *of State Court Verified Petition* filed by Frontier Insurance Group, LLC. Motions referred to Christian F. Hummel. (Crisona, Richard) Modified on 4/2/2014 (sfp, ). (Entered: 04/02/2014) |
| 04/02/2014 | Ï 6 | CERTIFICATE OF SERVICE by Frontier Insurance Group, LLC re 1 Notice of Removal,, (Crisona, Richard) (Entered: 04/02/2014) |
| 04/03/2014 | Ï 7 | STIPULATION re 5 Letter Request for extension of time to file an Answer by Frontier Insurance Group, LLC submitted to Judge Christian F. Hummel. (Crisona, Richard) (Entered: 04/03/2014) |

| | | |
|---|---|---|
| 04/07/2014 | 8 | TEXT ORDER granting [Dkt #5] Letter Request Allowing Defendant Frontier Insurance Group, LLC until 4/11/14 to serve and file a response to Plaintiff's Verified Petition dated 2/23/14. Plaintiff shall have until 5/9/14 to respond to FIGL's Response. Signed by Magistrate Judge Christian F. Hummel on 4/7/14. (cjm, ) (Entered: 04/07/2014) |
| 04/07/2014 | | Reset Deadlines: County of Sullivan Industrial Development Authority answer due 4/11/2014. (cjm, ) (Entered: 04/07/2014) |
| 04/11/2014 | 9 | ANSWER to Complaint , CROSSCLAIM against County of Sullivan Industrial Development Authority, COUNTERCLAIM against Benjamin Lawsky by Frontier Insurance Group, LLC.(Crisona, Richard) (Entered: 04/11/2014) |
| 04/15/2014 | 10 | NOTICE of Appearance by William F. Costigan on behalf of Benjamin Lawsky (Costigan, William) (Entered: 04/15/2014) |
| 04/28/2014 | 11 | MOTION to Remand to State Court Motion Hearing set for 6/9/2014 10:00 AM in Albany before Senior Judge Thomas J. McAvoy Response to Motion due by 5/23/2014 Reply to Response to Motion due by 5/29/2014. filed by Benjamin Lawsky. (Attachments: # 1 Memorandum of Law, # 2 Declaration of William F. Costigan, # 3 Exhibit(s) A, # 4 Exhibit(s) B, # 5 Exhibit(s) C, # 6 Exhibit(s) D, # 7 Exhibit(s) E, # 8 Exhibit(s) F, # 9 Exhibit(s) G, # 10 Exhibit(s) H) (Costigan, William) (Entered: 04/28/2014) |
| 04/29/2014 | | (Court only) ***Notice of Attorney Admission Requirement for William Costigan Deadlines terminated. (tad, ) (Entered: 04/29/2014) |
| 04/29/2014 | 12 | MOTION for Limited Admission Pro Hac Vice of Robert E. Malchman Filing fee $100, receipt number 0206−2921246. filed by Frontier Insurance Group, LLC. Motions referred to Christian F. Hummel. (Crisona, Richard) (Entered: 04/29/2014) |
| 04/29/2014 | 13 | *On Consent* Letter Motion from William F. Costigan for Benjamin Lawsky requesting Adjournment of Rule 16 Conference submitted to Judge Hummel . (Costigan, William) (Entered: 04/29/2014) |
| 05/02/2014 | 14 | TEXT ORDER granting [DKT 13] Letter Request to mark off Rule 16 conference scheduled for 5/5/14 in light of Dispositive Motion pending. Parties are to notify Judge Hummel's chamber's if a conference is still necessary upon decision of Judge McAvoy. Authorized by Magistrate Judge Christian F. Hummel on 5/2/14. (cjm, ) (Entered: 05/02/2014) |
| 05/05/2014 | | (Court only) ***Deadline for Rule 16 & Civil Case Management Plan terminated. (cjm, ) (Entered: 05/05/2014) |
| 05/05/2014 | | Set Deadlines/Hearings: Case Review Deadline 9/2/2014 (cjm, ) (Entered: 05/05/2014) |
| 05/07/2014 | 15 | STIPULATION re 1 Notice of Removal,, 9 Answer to Complaint, Crossclaim, Counterclaim *Extending Time of Defendant County of Sullivan Industrial Development Agency to Respond to the Complaint and the Cross−Claim* by Frontier Insurance Group, LLC submitted to Judge Hummel. (Crisona, Richard) (Entered: 05/07/2014) |
| 05/12/2014 | | (Court only) ***Attorney Robert E. Malchman for Frontier Insurance Group, LLC added. (sfp, ) (Entered: 05/12/2014) |
| 05/12/2014 | 16 | ORDER granting 12 Motion for Limited Admission Pro Hac Vice for Robert E. Malchman. Signed by Magistrate Judge Christian F. Hummel on 5/12/14. (sfp, ) (Entered: 05/12/2014) |
| 05/15/2014 | 17 | STIPULATION AND ORDER granting 15 Stipulation. The time for County of Sullivan Industrial Development Authority (CSIDA)to respond to the petition and cross−claim is stayed until 30 days after pltf Benjamin M. Lawsky, Superintendent of Financial Services of the State of NY, as Liquidator of Frontier Ins Co or co−deft Frontier Ins Group, LLC gives notice to CSIDA to so |

| | | |
|---|---|---|
| | | respond. Signed by Magistrate Judge Christian F. Hummel on 5/15/14. (sfp, ) (Entered: 05/15/2014) |
| 05/16/2014 | 18 | MOTION to Dismiss Motion Hearing set for 7/14/2014 10:00 AM in Albany before Senior Judge Thomas J. McAvoy Response to Motion due by 6/27/2014 Reply to Response to Motion due by 7/3/2014. filed by Benjamin Lawsky. (Attachments: # 1 Memorandum of Law) (Costigan, William) (Entered: 05/16/2014) |
| 05/19/2014 | Ï | TEXT NOTICE of Hearing on Motion: Pltf's 18 MOTION to Dismiss Counterclaims is placed on Judge McAvoy's 6/27/14 Motion Calendar at 10 AM in Binghamton. Response to Motion due by 6/10/2014. Reply to Response to Motion due by 6/16/2014. (sfp, ) (Entered: 05/19/2014) |
| 05/21/2014 | 19 | *Consented to* Letter Motion from Robert E. Malchman for Frontier Insurance Group, LLC, Frontier Insurance Group, LLC requesting Rescheduling of Arguments of Pending Motions submitted to Judge McAvoy . (Malchman, Robert) (Entered: 05/21/2014) |
| 05/23/2014 | 20 | AFFIDAVIT in Opposition re 11 MOTION to Remand to State Court *by John A. Petrilli* filed by Frontier Insurance Group, LLC. (Attachments: # 1 Exhibit(s) Exhibit 1, # 2 Exhibit(s) Exhibit 2, # 3 Exhibit(s) Exhibit 3, # 4 Exhibit(s) Exhibit 4, # 5 Exhibit(s) Exhibit 5, # 6 Exhibit(s) Exhibit 6, # 7 Exhibit(s) Exhibit 7)(Malchman, Robert) (Entered: 05/23/2014) |
| 05/23/2014 | 21 | AFFIDAVIT in Opposition re 11 MOTION to Remand to State Court *by Suzanne Loughlin* filed by Frontier Insurance Group, LLC. (Attachments: # 1 Exhibit(s) 1)(Malchman, Robert) (Entered: 05/23/2014) |
| 05/23/2014 | 22 | Cross MOTION to Transfer Case *to the Southern District of New York* Motion Hearing set for 6/9/2014 10:00 AM in Albany before Senior Judge Thomas J. McAvoy Response to Motion due by 5/23/2014 Reply to Response to Motion due by 5/29/2014. filed by Frontier Insurance Group, LLC. Motions referred to Christian F. Hummel. (Malchman, Robert) (Entered: 05/23/2014) |
| 05/25/2014 | 23 | MEMORANDUM OF LAW re 22 Motion to Transfer Case, 11 Motion to Remand to State Court,, *in opposition to remand and in support of transfer* filed by Frontier Insurance Group, LLC. (Malchman, Robert) (Entered: 05/25/2014) |
| 05/28/2014 | Ï | (Court only) ***Motions No Longer Referred to MJ: re 22 Cross MOTION to Transfer Case *to the Southern District of New York*, ***Response Deadlines terminated. (sfp, ) (Entered: 05/28/2014) |
| 05/28/2014 | 24 | CERTIFICATE OF SERVICE by Frontier Insurance Group, LLC re 23 Memorandum of Law (Malchman, Robert) (Entered: 05/28/2014) |
| 05/29/2014 | 25 | REPLY to Response to Motion re 22 Cross MOTION to Transfer Case *to the Southern District of New York*, 11 MOTION to Remand to State Court filed by Benjamin Lawsky. (Attachments: # 1 Declaration Costigan Reply, # 2 Exhibit(s) A, # 3 Exhibit(s) B, # 4 Exhibit(s) C)(Costigan, William) (Entered: 05/29/2014) |
| 06/02/2014 | Ï | (Court only) ***Notice of Attorney Admission Deadlines terminated. (tad, ) (Entered: 06/02/2014) |
| 06/03/2014 | Ï | TEXT NOTICE to parties advising that the pending motions for 6/9/14 are on submit basis, no appearances required. (sfp, ) (Entered: 06/03/2014) |
| 06/05/2014 | Ï | (Court only) ***Motions terminated: 19 Letter Motion terminated as moot. (sfp, ) (Entered: 06/05/2014) |
| 06/09/2014 | Ï | Minute Entry: MOTION CALENDAR held 6/09/2014 before Sr. District Judge Thomas J. McAvoy in Albany, NY: APP: None; CR: T. Casal; CRD/mp. Pltf's 11 MOTION to Remand to State Court; and, Deft Frontier Insurance Group, LLC's 22 CROSS MOTION to Transfer Case to SD/NY – TAKEN ON SUBMIT. (cml) (Entered: 06/09/2014) |

| 06/09/2014 | ï | (Court only) *** Chambers notes: at 6/09/14 Albany MC, TJM Binghamton chambers addressing pltf's 11 motion / remand & deft Frontier Insurance's 22 motion / remand to SD/NY (cml) (Entered: 06/09/2014) |
|---|---|---|
| 06/10/2014 | ï 26 | MEMORANDUM OF LAW re 18 Motion to Dismiss, filed by Frontier Insurance Group, LLC. (Malchman, Robert) (Entered: 06/10/2014) |
| 06/10/2014 | ï 27 | AFFIDAVIT in Opposition re 18 MOTION to Dismiss *(Declaration of Robert E. Malchman)* filed by Frontier Insurance Group, LLC. (Attachments: # 1 Exhibit(s) 1, # 2 Exhibit(s) 2)(Malchman, Robert) (Entered: 06/10/2014) |
| 06/11/2014 | ï 28 | DECISION AND ORDER denying Pltf's 11 Motion to Remand to State Court; granting Deft Frontier Insurance Group, LLC's 22 Motion to Transfer Case to the USDC for the SDNY. Signed by Senior Judge Thomas J. McAvoy on 6/7/14. (sfp, ) (Entered: 06/11/2014) |