UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X

In re:

FRONTIER INSURANCE GROUP, INC.,

        Debtor.

----------------------------------------------------------------------X

BENJAMIN LAWSKY, SUPERINTENDENT OF
FINANCIAL SERVICES OF THE STATE OF
NEW YORK, AS LIQUIDATOR OF FRONTIER
INSURANCE COMPANY,

        Plaintiff-Counterclaim Defendant,

        -- against --

FRONTIER INSURANCE GROUP, LLC,

        Defendant-Counterclaim Plaintiff-
        Crossclaim Plaintiff,

        --and—

COUNTY OF SULLIVAN INDUSTRIAL
DEVELOPMENT AGENCY,

        Defendant-Crossclaim Defendant.

----------------------------------------------------------------------X

Chapter 11

Case No.  05-36877 (CGM)

Adversary Proceeding
No. 14-9022 (RDD)

## **PARTIAL JUDGMENT**

       WHEREAS, upon the record of the bench trial held by this Court on September 12, 2016

of the claims in Plaintiff's Verified Petition, dated February 24, 2014 (the "Verified Petition"),

(originally filed in In re Liquidation of Frontier Insurance Co., N.Y. Sup. Ct. Albany Cty. No.

97-06), and of the First, Second, Third, and Seventh Counterclaims and Cross-Claim in the

Answer, Counterclaims and Cross-Claim of Frontier Insurance Group, LLC ("FIGL"), dated

April 11, 2014 (originally filed in Lawsky v. Frontier Insurance Group, LLC, N.D.N.Y. No.

1:14-CV-353-TJM-CFH), and, after due deliberation, this Court having issued a Memorandum

of Decision After Trial, entered February 15, 2018 [Dkt. No. 66] (the "Trial Decision"); and

WHEREAS, the Court has considered the parties' respective proposed forms of this

Partial Judgment, submitted to the Court by their counsel on March 1, 9 and 12, 2018; and

WHEREAS, there is no just reason for delay in directing a final judgment as to the

matters tried and decided, explicitly or effectively, in the Trial Decision, while FIGL's remaining

Counterclaim and any related matters are submitted for adjudication, because (i) the nature of the

claims already determined are such that no appellate court will have to decide the same issue

more than once even if there are subsequent appeals; and (ii) an immediate appeal will expedite

the litigation; and good and sufficient cause appearing; NOW, THEREFORE,

**THE COURT HEREBY ORDERS, ADJUDGES AND DECREES THAT:**

1.          Pursuant to Fed. R. Civ. P. 54(b) as incorporated by Fed. R. Bankr. P. 7054, the Court

(a)          DISMISSES the Verified Petition, with prejudice, insofar as it pertains to (i) "Parcel B"

(comprising approximately 2.7 acres, as described in the February 16, 1994 Deed by which the

debtor herein (the "Debtor") conveyed such property to the County of Sullivan Industrial

Development Agency ("CSIDA") (see Liquidator's Trial Exhibit 7) and fixtures thereon); and

(ii) "Parcel C" (comprising approximately 12.967 acres, as described in the February 26, 1997

Deed by which Debtor conveyed such property to Frontier Insurance Company (see Liquidator's

Trial Exhibit 8) and fixtures thereon), in each case as further defined in the Trial Decision;

(b)          GRANTS the declaration sought by FIGL's Second Counterclaim as it relates to Parcel B

and Parcel C, namely that FIGL holds title to, and all reversionary interest in, Parcel B and

Parcel C, including the fixtures thereon, for the reasons stated in the Trial Decision;

(c)      GRANTS the injunction sought by FIGL's Cross-Claim as it relates to Parcel B and Parcel C and directs CSIDA to convey Parcel B and Parcel C, including the fixtures thereon, to FIGL forthwith; and

(d)      DISMISSES FIGL's First, Third, Fourth, Fifth and Seventh Counterclaims without prejudice as mooted by the Trial Decision.

2.       This Court retains jurisdiction to hear and determine all matters arising from FIGL's Sixth Counterclaim, including matters relating to the award of attorneys' fees and the imposition of costs, including pursuant to Fed. R. Bankr. P. 54(b) and defenses thereto.

3.       This Court retains jurisdiction to hear and determine all matters arising from or relating to the interpretation and implementation of this Judgment.

Dated:  March 12, 2018
        White Plains, New York

/s/Robert D. Drain
Robert D. Drain
United States Bankruptcy Judge