UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:                                                            Chapter 11
FRONTIER INSURANCE GROUP, INC.,
                                                                  No. 05-36877 (RDD)
        Debtor.
-----------------------------------------------------------------X
BENJAMIN LAWSKY, SUPERINTENDENT OF
FINANCIAL SERVICES OF THE STATE OF                                Adversary Proceeding
NEW YORK, AS LIQUIDATOR OF FRONTIER                               No. 14-9022 (RDD)
INSURANCE COMPANY,

        Plaintiff-Counterclaim Defendant,

        -- against --

FRONTIER INSURANCE GROUP, LLC,

        Defendant-Counterclaim Plaintiff-
        Crossclaim Plaintiff,

        --and—

COUNTY OF SULLIVAN INDUSTRIAL
DEVELOPMENT AGENCY,

        Defendant-Crossclaim Defendant.
-----------------------------------------------------------------X

## NOTICE OF APPEAL

**Part 1: Identify the appellant(s)**

   1. Name(s) of appellant(s):

   BENJAMIN LAWSKY, SUPERINTENDENT OF FINANCIAL SERVICES OF THE

   STATE OF NEW YORK, AS LIQUIDATOR OF FRONTIER INSURANCE COMPANY[1]

---

[1]    The current Superintendent of Financial Services is Maria T. Vullo.

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

Plaintiff-Counterclaim Defendant

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from:

Partial Judgment after Trial Pursuant to Fed. R. Civ. Pro. 54(b) as incorporated by Fed. R. Bank. P. 7054 (Exhibit A hereto)

2. State the date on which the judgment, order, or decree was entered:

Partial Judgment entered March 13, 2018

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Attorney:

FRONTIER INSURANCE GROUP, LLC

(Defendant-Counterclaim Plaintiff-Crossclaim Plaintiff)

Represented by Robert E. Malchman, Esq., Allegaert Berger & Vogel LLP,

111 Broadway, 20th Floor, New York, New York 10006, (212)571-0550

2. Party: Attorney:

COUNTY OF SULLIVAN INDUSTRIAL DEVELOPMENT AGENCY

Represented by Walter Garigliano, Esq., General Counsel for the County of Sullivan

<u>       Industrial Development Agency                                              </u>

<u>       1 Cablevision Center, Ferndale, New York 12734, (845)295-2603               </u>

**Part 4: Sign below**

Dated:  New York, New York
        March 26, 2018

                        COSTIGAN LAW PLLC


By <u> /s/William F. Costigan     </u>
      William F. Costigan
747 Third Avenue, 2d Floor
New York, NY 10017
Telephone:     (646) 722-2699
E-Mail: <u>wfcostigan@costiganlaw.com</u>


Melanie Cyganowski, Esq.
OTTERBOURG P.C.
230 Park Avenue, Suite 2800
New York, NY 10169
Telephone:     (212) 661-9100
E-Mail: <u>mcyganowski@otterbourg.com</u>


*Attorneys for Plaintiff/Counterclaim Defendant*