**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**355 Main Street**
**Poughkeepsie, NY 12601**

---

IN RE: Lawski v. Frontier Insurance Group, LLC et al    CASE NO.: 14–09022–rdd

Social Security/Taxpayer ID/Employer ID/Other Nos.:    CHAPTER: 0

---

**NOTICE OF TRANSMITTAL OF**
**RECORD OF APPEAL**


All documents regarding the notice of appeal filed in the above referenced proceeding on March 26, 2018, document number 75, have been transmitted to the United States District Court for the Southern District of New York.

The record of appeal is complete and available electronically under civil case number 18–cv–3211 assigned to the Honorable Cathy Seibel.

Check the District Court Docket Sheet for the Briefing Schedule.

Please note that the United States District Court may request copies of all of the documents listed in the designation.


Dated: May 11, 2018                                                                  Vito Genna
                                                                                     Clerk of the Court